IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROMANIA PETER CUNNINGHAM, | |
| Petitioner, | Case No. 7:09CV00432 |
| v. | FINAL ORDER |
| FEDERAL BUREAU OF PRISONS, | By: Glen E. Conrad |
| | United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for a writ of mandamus, pursuant to 28 U.S.C. § 1361, is **DENIED WITHOUT PREJUDICE** and this action is stricken from the active docket of the court.

ENTER: This 27th day of October, 2009.

_____
United States District Judge